# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIKOLE M. PRICE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-0884 |
| v. | : | |
| | | (JUDGE MANNION) |
| **PENN KASHAR, INC.,** | : | |
| Defendant | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss, **(Doc. 5)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 2, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0884-01-ORDER.wpd